GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV  89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com
Attorney for BOUCOURT-DIAZ

# UNITED STATES DISTRICT COURT

# THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                         )<br>                     Plaintiff,             )<br>                                                         )<br>vs.                                                   )<br>                                                         )<br>ALEN BOUCOURT-DIAZ,            )<br>                                                         )<br>                                                         )<br>                     Defendant.         )<br>_____) | Case No.:    2:20-cr-00194-JAD-DJA<br><br>**UNOPPOSED MOTION FOR PERMISSION TO TRAVEL** |

The Defendant, ALEN BOUCOURT-DIAZ, by and through his counsel, GABRIEL L. GRASSO, ESQ., and pursuant to 18 USC §3143(a)(1), moves this Court to give the defendant permission to travel. This Motion is based upon all the papers on file herein and the attached Memorandum of Points and Authorities.

DATED this 15th day of September, 2020.

*/s/ Gabriel L. Grasso*
GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV  89101
(702) 868-8866
Attorney for Boucourt-Diaz

## REQUEST

1. BOUCOURT-DIAZ has been on supervised release since August 10, 2020.

2. BOUCOURT-DIAZ is a Babalawo (Reverend/Priest) in the "Yoruba" religion, which is prevalent in the Caribbean islands. The purpose of his travel is to perform religious services in the area where he will be staying.

3. BOUCOURT-DIAZ' travel dates are departure on September 17, 2020 and return on September 21, 2020

4. BOUCOURT-DIAZ will be staying at the Courtyard by Marriott Isla Verde located at 7012 Boca de Cangrejos, Ave, San Juan, PR 00979. Hotel phone number 1-787-791-0404.

5. The Government does not object to this request once BOUCOURT-DIAZ provides all required information, as listed above, to Pretrial Services.

BOUCOURT-DIAZ request's this Court allow his travel as outlined above.

DATED this 15th day of September, 2020.

*/s/ Gabriel L. Grasso*
GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV  89101
(702) 868-8866
Attorney for ALEN BOUCOURT-DIAZ

```
GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
GABRIEL L. GRASSO, P.C.
411 South 6th Street
Las Vegas, NV  89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com
Attorney for BOUCOURT-DIAZ
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>ALEN BOUCOURT-DIAZ,<br><br>　　　　　　　Defendant. | Case No.: 2:20-cr-00194-JAD-DJA<br><br>**AMENDED UNOPPOSED MOTION FOR PERMISSION TO TRAVEL** |

　　　**IT IS HEREBY ORDERED** that the Defendant is permitted to travel to Puerto Rico under the following conditions:

None, except that defendant must contact pretrial services in the event that defendant's trip is extended for some unexpected reason (e.g., flight delay).

　　　**IT IS FURTHER ORDERED** that the Defendant shall provide all travel information as well as the address of the place where he will be staying to his supervising officer, and check-in as directed.

　　　DATED this __16th__ day of __September__, 2020

_____
UNITED STATES DISTRICT JUDGE