# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-194-JAD-DJA-4 |
| Plaintiff, | **Order of Dismissal of the Indictment Without Prejudice as to Defendant Alen Boucourt Diaz** |
| v. | |
| ALEN BOUCOURT DIAZ, | ECF No. 67 |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the charges brought against Defendant Alen Boucourt Diaz contained in the Indictment in the above-captioned case.

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Jamie Mickelson*
JAMIE MICKELSON
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal.

DATED this 19th day of October, 2020.

HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE